In re Matter of Roy Sharp, Jr. et al.
Rosetta Sharp, Appellee, v. Roy Sharp and Father Philip Kennedy, Superintendent of St. Vincent's Home for Children at Freeport, Appellants.

Gen. No. 10,280.

opinion filed October 14, 1948; released for publication November 2, 1948. Sheldon & Brown, Sim T. Mee and Alexander L. Haglund, for appellants; Besse & Besse and L. L. Winn, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.